1  ANNE-MARIE WAGGONER, Bar No. 173407
   awaggoner@littler.com
2  ALEXA L. WOERNER, Bar No. 267609
   awoerner@littler.com
3  LITTLER MENDELSON, P.C.
   Treat Towers
4  1255 Treat Boulevard, Suite 600
   Walnut Creek, California  94597
5  Telephone:    925.932.2468
   Facsimile:    925.946.9809
6
   Attorneys for Defendant
7  THINGS REMEMBERED, INC.

8  Matthew T. Theriault (SBN 244037)
   Matthew.Theriault@Capstonelawyers.com
9  Stan Karas (SBN 222402)
   Stan.Karas@capstonelawyers.com
10 Katherine Kehr (SBN 226559)
   Katherine.Kehr@capstonelawyers.com
11 Jonathan Lee (SBN 267146)
   Jonathan.Lee@capstonelawyers.com
12 CAPSTONE LAW APC
   1840 Century Park East, Suite 450
13 Los Angeles, California 90067
   Telephone: (310) 556-4811
14 Facsimile: (310) 943-0396
15
   Attorneys for Plaintiffs
16 KIRAN KAUR and REBECCA LAGASSEY
   Individually and on Behalf of Other Members of the
17 General Public Similarly Situated
18

19                    UNITED STATES DISTRICT COURT
20                    NORTHERN DISTRICT OF CALIFORNIA

21 KIRAN KAUR and REBECCA              Case No. 3:14-CV-05544-VC
   LAGASSEY, individually, and on behalf
22 of other members of the general public
   similarly situated,
23                                      **STIPULATION AND [PROPOSED]**
              Plaintiffs,               **ORDER CONTINUING INITIAL CASE**
24                                      **MANAGEMENT CONFERENCE**
      v.
25
   THINGS REMEMBERED, INC. a
26 Delaware Corporation; and DOES 1
   through 10, inclusive,
27
              Defendant.
28

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94597
925.932.2468

(CASE NO. 3:14-CV-05544-VC)                STIPULATION AND [PROPOSED]
                                           ORDER CONTINUING INITIAL CASE
                                           MANAGEMENT CONFERENCE

1  Plaintiffs, KIRAN KAUR and REBECCA LAGASSEY, individually, and on behalf
2  of other members of the general public similarly situated ("Plaintiffs") and Defendant THINGS
3  REMEMBERED, INC. ("Defendant"), by and through their respective counsel of record
4  (collectively "the Parties") hereby stipulate and agree as follows:

5  **STIPULATION**

6  WHEREAS, the Initial Case Management Conference is currently scheduled in this
7  case for March 24, 2015 at 10:00 A.M. in Courtroom 4, 17th Floor, 450 Golden Gate Avenue, San
8  Francisco, CA 94102, at 10:00 a.m.;

9  WHEREAS, lead Counsel for Defendant has a preexisting commitment on March 24,
10 2015, will be on a pre-planned vacation until April 7, 2015, and is therefore unable to attend the
11 Initial Case Management Conference as currently scheduled; and

12 WHEREAS, both parties believe that the attendance of lead Counsel for Defendant
13 would result in a more productive Initial Case Management Conference.

14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94597
925.932.2468

(CASE NO. 3:14-CV-05544-VC)    2.    STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE

THEREFORE, the Parties hereby stipulate, and respectfully request that the Court order that the Initial Case Management Conference scheduled for March 24, 2015 be continued to April 15, 2015, or to as soon thereafter as this Court may order.

IT IS SO STIPULATED.

Dated: March 3, 2015　　　　　　　　　　　　LITTLER MENDELSON, P.C.

By: */S/ Alexa L. Woerner*
　　Anne-Marie Waggoner
　　Alexa L. Woerner

　　Attorneys for Defendant
　　THINGS REMEMBERED, INC.

Dated: March 3, 2015　　　　　　　　　　　　CAPSTONE LAW APC

By: */S/ Stan Karas*
　　Matthew T. Theriault
　　Stan Karas
　　Katherine Kehr
　　Jonathan Lee

　　Attorneys for Plaintiffs
　　KIRAN KAUR and REBECCA
　　LAGASSEY Individually and on Behalf of
　　Other Members of the General Public
　　Similarly Situated

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

(CASE NO. 3:14-CV-05544-VC)　　3.　　STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE

**[PROPOSED] ORDER**

As good cause exists, and pursuant to the Stipulation of the parties, the Court hereby continues the Initial Case Management Conference set for March 24, 2015 to April 21, 2015, at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: March 4, 2015

_____
VINCE CHHABRIA
United States District Judge

Firmwide:131261981.1 056874.1043

(CASE NO. 3:14-CV-05544-VC)    4.    STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468