| | |
|---|---|
| 1 | ANNE-MARIE WAGGONER, Bar No. 173407 |
|  | awaggoner@littler.com |
| 2 | ALEXA L. WOERNER, Bar No. 267609 |
|  | awoerner@littler.com |
| 3 | LITTLER MENDELSON, P.C. |
|  | Treat Towers |
| 4 | 1255 Treat Boulevard, Suite 600 |
|  | Walnut Creek, California  94597 |
| 5 | Telephone:    925.932.2468 |
|  | Facsimile:     925.946.9809 |
| 6 | |
|  | Attorneys for Defendant |
| 7 | THINGS REMEMBERED, INC. |
| 8 | Matthew T. Theriault (SBN 244037) |
|  | Matthew.Theriault@Capstonelawyers.com |
| 9 | Stan Karas (SBN 222402) |
|  | Stan.Karas@capstonelawyers.com |
| 10 | Katherine Kehr (SBN 226559) |
| 11 | Katherine.Kehr@capstonelawyers.com |
|  | Jonathan Lee (SBN 267146) |
| 12 | Jonathan.Lee@capstonelawyers.com |
|  | CAPSTONE LAW APC |
| 13 | 1840 Century Park East, Suite 450 |
|  | Los Angeles, California 90067 |
| 14 | Telephone: (310) 556-4811 |
|  | Facsimile: (310) 943-0396 |
| 15 | |
| 16 | Attorneys for Plaintiffs |
|  | KIRAN KAUR and REBECCA LAGASSEY |
| 17 | Individually and on Behalf of Other Members of the |
|  | General Public Similarly Situated |
| 18 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 21 | KIRAN KAUR and REBECCA | Case No. 3:14-CV-05544-VC |
| 22 | LAGASSEY, individually, and on behalf of other members of the general public similarly situated, | |
| 23 | | **SECOND STIPULATION AND** |
| 24 | Plaintiffs, | **[PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT** |
| 25 | v. | **CONFERENCE** |
| 26 | THINGS REMEMBERED, INC. a Delaware Corporation; and DOES 1 | |
| 27 | through 10, inclusive, | |
| 28 | Defendant. | |

(CASE NO. 3:14-CV-05544-VC)

2ND STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94597
925.932.2468

1    Plaintiffs, KIRAN KAUR and REBECCA LAGASSEY, individually, and on behalf
2 of other members of the general public similarly situated ("Plaintiffs") and Defendant THINGS
3 REMEMBERED, INC. ("Defendant"), by and through their respective counsel of record
4 (collectively "the Parties") hereby stipulate and agree as follows:

5    **STIPULATION**

6    WHEREAS, the Initial Case Management Conference is currently scheduled in this
7 case for April 21, 2015 at 10:00 A.M. in Courtroom 4, 17th Floor, 450 Golden Gate Avenue, San
8 Francisco, CA 94102, at 10:00 a.m.;

9    WHEREAS, lead Counsel for Defendant has a preexisting commitment on April 21,
10 2015, and is therefore unable to attend the Initial Case Management Conference as currently
11 scheduled;

12    WHEREAS, both parties believe that the attendance of lead Counsel for Defendant
13 would result in a more productive Initial Case Management Conference; and

14    WHEREAS, the parties previously requested a continuance of the Case Management
15 Conference until April 15, 2015 (Docket No. 13).

16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

(CASE NO. 3:14-CV-05544-VC)   2.   2ND STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE

1  THEREFORE, the Parties hereby stipulate, and respectfully request that the Court
2  order that the Initial Case Management Conference scheduled for March 24, 2015, be continued to
3  April 28, 2015, or to as soon thereafter as this Court may order.

4  IT IS SO STIPULATED.

Dated: March 26, 2015

LITTLER MENDELSON, P.C.

By: */S/ Alexa L. Woerner*
   Anne-Marie Waggoner
   Alexa L. Woerner

   Attorneys for Defendant
   THINGS REMEMBERED, INC.

Dated: March 26, 2015

CAPSTONE LAW APC

By: */S/ Stan Karas*
   Matthew T. Theriault
   Stan Karas
   Katherine Kehr
   Jonathan Lee

   Attorneys for Plaintiffs
   KIRAN KAUR and REBECCA
   LAGASSEY Individually and on Behalf of
   Other Members of the General Public
   Similarly Situated

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

(CASE NO. 3:14-CV-05544-VC)   3.   2ND STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE

**[PROPOSED] ORDER**

As good cause exists, and pursuant to the Stipulation of the parties, the Court hereby continues the Initial Case Management Conference set for April 21, 2015, to April 28, 2015, at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: March 27, 2015

_____
VINCE CHHABRIA
United States District Judge

Firmwide:132114478.1 056874.1043

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

(CASE NO. 3:14-CV-05544-VC) 4. 2ND STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE