UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRAN KAUR, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>THINGS REMEMBERED, INC.,<br><br>        Defendant. | Case No.  14-cv-05544-VC<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 25 |

      The Court has received the plaintiffs' request to continue the deadline to move for class certification.  The parties are ordered to appear in person for a case management conference on January 5, 2016 at 1:30 p.m.

    **IT IS SO ORDERED.**

Dated: December 28, 2015

VINCE CHHABRIA
United States District Judge