UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRAN KAUR,<br><br>      Plaintiff,<br><br>v.<br><br>THINGS REMEMBERED, INC.,<br><br>      Defendant. | Case No. 14-cv-05544-VC<br><br>**ORDER GRANTING STIPULATION REQUESTING VOLUNTARY DISMISSAL**<br><br>Re: Dkt. No. 81 |

The parties' request for voluntary dismissal is granted. Kaur's claims are dismissed with prejudice, and the claims of unnamed putative class members are dismissed without prejudice. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: December 19, 2018

VINCE CHHABRIA
United States District Judge